FILED

FEB 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. **3:08cr37-WHA** |
| | ) | [18 USC § 922(g)(1)] |
| JEFFREY WAYNE YOUNG | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 20, 2006, in Randolph County, within the Middle District of Alabama,

JEFFREY WAYNE YOUNG,

defendant herein, having been convicted on or about the date set forth below of the offense set forth below, a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| Conviction Date | Court | Case Number | Offense |
|---|---|---|---|
| April 21, 1999 | Circuit Court of Randolph County, Alabama | CC-99-38 | Possession of Marijuana 1st Degree |

did knowingly possess, in and affecting commerce, a firearm, to wit: one Harrington and Richardson, Topper Model, .410 gauge shotgun, a better description of which is unknown to the grand jury. All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

JEFFREY WAYNE YOUNG,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> **one Harrington and Richardson, Topper Model, .410 gauge shotgun a better description of which is unknown to the grand jury.**

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

_____
Foreperson

_____
Tommie Brown Hardwick
Assistant United States Attorney

_____
Nathan D. Stump
Assistant United States Attorney