IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>JEFFREY WAYNE YOUNG )  | CR. NO.  3:08cr37-WHA |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed February 21, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Elmore Correctional Center, Elmore, Alabama, commanding them to deliver Jeffrey Wayne Young, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on March 26, 2008, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

DONE this 22nd  day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE