IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | 3:08cr37-WHA |
| | ) | |
| JEFFREY WAYNE YOUNG | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE ELMORE CORRECTIONAL CENTER
AT ELMORE, ALABAMA

AND

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of JEFFREY WAYNE YOUNG, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery on March 26, 2008, at 10:30 a.m., to answer charges pending in said court and for such other proceedings as may appear proper to the court; and therefore, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 22nd day of February, 2008

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: *Joyce Taylor*
     Deputy Clerk