IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 3:08cr37-WHA |
| | ) | [18 USC § 922(g)(1)] |
| JEFFREY WAYNE YOUNG | ) | |
| | ) | |

### ENTRY OF APPEARANCE

Comes now the undersigned counsel and enters his appearance as counsel for the Defendant pursuant to this matter.

Respectfully submitted,

**BRANTLEY & HAYWOOD**

s/Thomas K. Brantley
_____
**THOMAS K. BRANTLEY (BRA040)
ATTORNEY FOR DEFENDANT
401 N. FOSTER STREET
DOTHAN, ALABAMA 36303
334-793-9009**

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Honorable Nathan D. Stump, Assistant US Attorney by electronic mail on this the 2nd day of April, 2008.

s/Thomas K. Brantley
_____
**THOMAS K. BRANTLEY**