IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:08-cr-37-WHA |
| | ) | |
| JEFFREY W. YOUNG | ) | |

**MOTION TO WITHDRAW**

**COMES NOW** the undersigned counsel, Michael J. Petersen, Esq., and files this motion to withdraw as counsel. In support of this motion, defense counsel states that there is a potential conflict of interest in this representation. CJA Panel attorney Thomas K. Brantley has agreed to accept appointment to represent Mr. Young and has this date filed his notice of appearance. (Doc #13).

**WHEREFORE**, undersigned counsel respectfully requests that this Motion be granted.

Dated this 2nd day of April 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 3:08-cr-37-WHA |
| | ) | |
| **JEFFREY W. YOUNG** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esq., Assistant U.S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M