IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OR AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08-cr-037-WHA |
| | ) | |
| **JEFFREY WAYNE YOUNG** | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw as Attorney (Doc. 14) filed by the defendant in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted and Thomas K. Brantley is designated as new counsel for the defendant in all further proceedings.

Done this 4th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE