**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.: 3:08cr37-WHA** |
| | ) | **[18 USC § 922(g)(1)]** |
| **JEFFREY WAYNE YOUNG** | ) | |
| | ) | |

**NOTICE OF INTENT TO ENTER PLEA OF GUILTY**

      Comes now the Defendant, Jeffrey Wayne Young, by and through the undersigned counsel, Thomas K. Brantley, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

      Respectfully submitted,

      **BRANTLEY & HAYWOOD**

      s/Thomas K. Brantley

      _____
      **THOMAS K. BRANTLEY (BRA040)
      ATTORNEY FOR DEFENDANT
      401 N. FOSTER STREET
      DOTHAN, ALABAMA 36303
      334-793-9009**

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by electronic filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Hon. Leura Canary | Hon. Nathan Stump |
| US Attorney | Assistant US Attorney |

      s/Thomas K. Brantley

      _____
      **THOMAS K. BRANTLEY**