IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
     v                            )          CRIMINAL ACTION NO.
                                  )          3:08CR37-WHA
JEFFREY WAYNE YOUNG               )


ORDER

Upon the defendant's Notice of Intent to Change Plea (Doc. 17, filed 4/8/2008, it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on 4/15/2008 at 11:00 a.m., Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.


Counsel for the defendant is DIRECTED to confer with the defendant prior to the proceeding set is this order and: (1) advise the defendant about the Sentencing Guidelines, and the fact that while the Sentencing Guidelines are no longer mandatory the Guidleines remain an important factor which the court will consider in in determining a reasonable sentence; (2) advise the

defendant that in determining a reasonable and appropriate
sentence, the court will consider the sentencing factors set
forth in 18 U.S.C. Section 3553(a) in addition to the Guidelines;
and (3) explain to the defendant each of those factors specifi-
cally, including (a) the nature and circumstances of the offense
and the history and characteristics of the defendant; (b) the
need to reflect the seriousness of the offense, to promote
respect for the law, and to provide just punishment for the
offense; (c) the need for deterrence; (d) the need to protect
the public; (e) the need to provide the defendant with needed
educational or vocational training or medical care; (f) the kinds
of sentences available; (g) the need to avoid unwanted sentencing
disparities; and (h) the need to provide restitution to victims.

DONE this 10th day April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE