IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
<u>    EASTERN    </u> DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. <u>3:08CR37-WHA</u> |
| | ) | |
| JEFFREY WAYNE YOUNG | ) | |

## CONSENT

I, <u>    Jeffrey Wayne Young    </u>, hereby declare my intention to enter a plea of guilty

in the above case, and after conferring with my attorney, hereby consent to have a United States

Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal

Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of

guilty. I understand that the District Judge to whom this case is assigned will decide later whether

to accept or reject any plea agreement I may have with the United States and will impose

sentence.


DONE, this the <u>15th</u> Day of <u>    April    </u>, 2008.


<u>DEFENDANT</u>


<u>ATTORNEY FOR DEFENDANT</u>