IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:08cr037-WHA |
| JEFFREY WAYNE YOUNG ) | |

**ORDER**

The Defendant having moved in open court to continue sentencing to a later date, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED and is RESET for Tuesday, August 19, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 2nd day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE