IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 3:08cr037-WHA

JEFFREY WAYNE YOUNG )

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the sentencing of the Defendant in this case, previously set for August 19, 2008, is RESCHEDULED for Wednesday, August 20, 2008, at 3:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 29th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE